42 So.2d 480

### Erskine HENDERSON v. STATE.

#### 7 Div. 29.

Supreme Court of Alabama.
Oct. 13, 1949.

Leonard Crawford, of Fort Payne, for petitioner.

A. A. Carmichael, Atty. Gen., and Mac-Donald Gallion, Asst. Atty. Gen., opposed.

FOSTER, Justice.

We have examined the petition for certiorari in connection with the opinion of the Court of Appeals and are of the opinion that the petition is without merit.

Writ denied.

BROWN, LAWSON and SIMPSON, JJ., concur.